IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Greer, Stephanie | Case Number:  05 B 14893 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/13/09 | Filed:  4/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 8, 2009
Confirmed: June 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,560.00 | |
| Secured: | | 8,143.16 |
| Unsecured: | | 4,745.01 |
| Priority: | | 1,031.07 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 940.76 |
| Other Funds: | | 0.00 |
| Totals: | 17,560.00 | 17,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 8,143.16 | 8,143.16 |
| 4. | Jerome Spearman | Priority | 2,225.00 | 1,031.07 |
| 5. | Commonwealth Edison | Unsecured | 404.72 | 746.96 |
| 6. | ECast Settlement Corp | Unsecured | 204.63 | 377.66 |
| 7. | Asset Acceptance | Unsecured | 176.31 | 325.41 |
| 8. | Americredit Financial Ser Inc | Unsecured | 590.07 | 1,089.05 |
| 9. | Dish Network | Unsecured | 160.60 | 296.41 |
| 10. | Jewel Food Stores | Unsecured | 88.30 | 162.96 |
| 11. | RoundUp Funding LLC | Unsecured | 123.03 | 227.06 |
| 12. | SBC | Unsecured | 202.72 | 374.13 |
| 13. | Americredit Financial Ser Inc | Unsecured | 10,647.57 | 0.00 |
| 14. | Citizens Bank | Unsecured | 159.49 | 294.37 |
| 15. | Asset Acceptance | Unsecured | 113.92 | 210.26 |
| 16. | Jerome Spearman | Unsecured | 1,123.66 | 0.00 |
| 17. | Wal Mart Stores | Unsecured | 29.46 | 54.36 |
| 18. | Resurgent Capital Services | Unsecured | 317.72 | 586.38 |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | American Collection Corp | Unsecured | | No Claim Filed |
| 21. | American Collection Corp | Unsecured | | No Claim Filed |
| 22. | AT&T | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 25. | Charter One Bank | Unsecured | | No Claim Filed |
| 26. | Costco Wholesale | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Greer, Stephanie | Case Number: 05 B 14893 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 01/13/09 | Filed: 4/18/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Charter One Bank | Unsecured | | No Claim Filed |
| 28. | Credit Protection Association | Unsecured | | No Claim Filed |
| 29. | Cross Checks | Unsecured | | No Claim Filed |
| 30. | Direct Tv | Unsecured | | No Claim Filed |
| 31. | Cub Foods | Unsecured | | No Claim Filed |
| 32. | H & F Law | Unsecured | | No Claim Filed |
| 33. | H & F Law | Unsecured | | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 35. | MCI Residential | Unsecured | | No Claim Filed |
| 36. | Dish Network | Unsecured | | No Claim Filed |
| 37. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 38. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 39. | Marlin Integrated Capital | Unsecured | | No Claim Filed |
| 40. | TCF Bank | Unsecured | | No Claim Filed |
| 41. | Unifund Corporation | Unsecured | | No Claim Filed |
| 42. | The Bureau Inc | Unsecured | | No Claim Filed |
| 43. | US Bank | Unsecured | | No Claim Filed |
| | | | $ 27,410.36 | $ 16,619.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 41.58 |
| 5.5% | 250.18 |
| 5% | 69.22 |
| 4.8% | 33.23 |
| 5.4% | 364.02 |
| 6.5% | 181.36 |
| 6.6% | 1.17 |
| | $ 940.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

